FILED DATE: 5/19/2022 12:58 PM   2022L004507

FILED
5/19/2022 12:58 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
Calendar, X
17967994

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| SHABOZ AKRAMOV, as Special Administrator of the Estate of UMEDJON AKRAMOV, deceased, | |
| Plaintiff, | |
| v. | No. 2022L004507 |
| GEANTOS TRUCKING COMPANY, JOE VIAUD FLEURISCA, | Jury Demand |
| Defendants, | |
| M&K TRUCKING, and AERO CHICAGO, LLC | |
| Respondents-in-Discovery. | |

**PLAINTIFF'S COMPLAINT AT LAW**

NOW COMES Plaintiff, SHABOZ AKRAMOV, as Special Administrator of the Estate of UMEDJON AKRAMOV, deceased, by and through his attorneys, POWER ROGERS LLP, complaining of Defendants, GEANTOS TRUCKING COMPANY and JOE VIAUD FLEURISCA, and in support of said Complaint, Plaintiff states the following:

**COUNT I**

(GEANTOS TRUCKING COMPANY and JOE VIAUD FLEURISCA – Wrongful Death)

1. On or about January 15, 2022, and at all times relevant, JOE VIAUD FLEURISCA resided at 527 W. Gregory Avenue, Apt. 1A in the City of Glendale Heights, County of DuPage, State of Illinois.

2. On or about January 15, 2022, and at all times relevant, 10000 W. O'Hare Street was located in the City Chicago, County of Cook, State of Illinois.

1

Exhibit A

3. On or about or January 15, 2022, and at all times relevant, M&K Truck Leasing Illinois, was located 7900 Bulldog Rd., Apartment Suite 1, City of Summit, County of Cook, State of Illinois.

4. On or about January 15, 2022, and at all times relevant, M&K Truck Leasing Illinois was a corporation, transacting business and doing business in and through the County of Cook, State of Illinois.

5. On or about January 15, 2022, and at all times relevant, GEANTOS TRUCKING COMPANY was Illinois corporation which was located at 630 Supreme Drive, Bensenville, Illinois 60106.

6. On or about January 15, 2022, and at all times relevant, GEANTOS TRUCKING COMPANY was a corporation, transacting business and doing business in and through the County of Cook, State of Illinois.

7. On or about January 15, 2022, and at all times relevant, JOE VIAUD FLEURISCA was an employee and/or agent of GEANTOS TRUCKING COMPANY.

8. On or about January 15, 2022, and at all times relevant, JOE VIAUD FLEURISCA was acting within the course and scope of his agency and/or employment with GEANTOS TRUCKING COMPANY.

9. On or about January 15, 2022, and at all times relevant, JOE VIAUD FLEURISCA was operating a 2018 Mack truck and trailer, Illinois license plate number P947097 and/or VIN number 1M1AW09Y0JM086013 at or about 10000 W. O'Hare Street, in the City of Chicago, County of Cook, State of Illinois.

10. On or about January 15, 2022, and at all times relevant, JOE VIAUD FLEURISCA was operating a tractor owned by M&K Trucking Leasing of IL.

FILED DATE: 5/19/2022 12:58 PM  2022L004507

FILED DATE: 5/19/2022 12:58 PM   2022L004507

11. On or about January 15, 2022, and at all times relevant, JOE VIAUD FLEURISCA was operating a tractor leased by GEANTOS TRUCKING COMPANY.

12. On or about January 15, 2022, and at all times relevant, JOE VIAUD FLEURISCA was in his vehicle on the street with his vehicle in park waiting to enter the loading docks of the facility located at 836 Patton Drive, Chicago, Illinois 60666 which was owned and operated by Aero Chicago, LLC.

13. On or about January 15, 2022, and at all times relevant, truck driver Akbar Lyutfullaev was operating a 2021 Volvo tractor, Illinois license plate number P 1093273 and VIN number 4V4NC9EH4MN28646, owned by LISLE LEASING and/or HTS Logistics.

14. On or about January 15, 2022, and at all times relevant, truck driver Akbar Lyutfullaev was in control of and/or hauling a trailer owned by Lisle Truck Leasing Incorporated with the 2021 Volvo tractor.

15. On or about January 15, 2022, and at all times relevant, truck driver Akbar Lyutfullaev was in his vehicle on the street with his vehicle in park waiting to enter the loading docks of the facility located at 836 Patton Drive, Chicago, Illinois 60666 which was owned and operated by Aero Chicago, LLC.

16. On or about January 15, 2022, and at all times relevant, truck drivers JOE VIAUD FLEURISCA and Akbar Lyutfullaev and other drivers were instructed to park and/or wait outside the loading docks on the street at or about 10000 O'Hare Street until instructed to enter the parking lot / yard and pull up to the loading dock.

17. On or about January 15, 2022, and at all times relevant, the owners and operators of the facilities where the loading docks were located knew, or should have known that tractor

trailer drivers were parked and/or waiting on the street at 10000 W. O'Hare Street, Chicago, Illinois until they were instructed to enter the parking lot / yard where the loading docks were located.

18. On or about January 15, 2022, and at all times relevant, UMEDJON S. AKRAMOV was at or about 1000 W. O'Hare Street at or near the vehicle operated by JOE VIAUD FLEURISCA.

19. On or about January 15, 2022, and at all times relevant, JOE VIAUD FLEURISCA observed UMEDJON AKRAMOV near his tractor and/or trailer before moving his vehicle.

20. On or about January 15, 2022, and at all times relevant, JOE VIAUD FLEURISCA could hear UMEDJON AKRAMOV talking outside his vehicle before he moved his vehicle.

21. On or about January 15, 2022, and at all times relevant, JOE VIAUD FLEURISCA could see the 2021 Volvo tractor parked and/or sitting next to his vehicle before he moved his vehicle.

22. On or about January 15, 2022, and at all times relevant, JOE VIAUD FLEURISCA struck the 2021 Volvo tractor and/or trailer with his vehicle when he moved his vehicle forward.

23. On or about January 15, 2022, and at all times relevant, JOE VIAUD FLEURISCA struck UNEDJON AKRAMOV with his vehicle when he moved his vehicle forward. (See Exhibit "A" City of Chicago police report number 2022 JF 113836).

24. On or about January 15, 2022, and at all times relevant, the Motor Carrier Safety Regulations define "Motor Carrier" as a for-hire motor carrier or a private motor carrier; including a motor carrier's agents, officers and representatives as well as employees responsible for hiring, supervising, training, assigning, or dispatching of drivers and employees concerned with the installation, inspection, and maintenance of motor vehicle equipment and/or accessories; this definition includes the term employer. 49 C.F.R. §390.5.

4

FILED DATE: 5/19/2022 12:58 PM   2022L004507

25. On or about January 15, 2022, and at all times relevant, the Motor Carrier Safety Regulations define "Motor Vehicle" as any vehicle, machine, tractor, trailer, or semitrailer propelled or drawn by mechanical power and used upon the highways in the transportation of passengers or property, or any combination thereof determined by the Federal Motor Carrier Safety Administration. 49 C.F.R. §390.5.

26. On or about January 15, 2022, and at all times relevant, the Motor Carrier Safety Regulations define an "Employer" as any person engaged in a business affecting interstate commerce who owns or leases a commercial motor vehicle in connection with that business, or assigns employees to operate it. 49 C.F.R. §390.5.

27. On or about January 15, 2022, and at all times relevant, the Motor Carrier Safety Regulations define an "Employee" as any individual, other than an employer, who is employed by an employer and who in the course of his or her employment directly affects commercial motor vehicle safety. Such term includes a driver of a commercial motor vehicle (including an independent contractor while in the course of operating a commercial motor vehicle). 49 C.F.R. §390.5.

28. On or about January 15, 2022, and at all times relevant, the truck and trailer driven by Defendant JOE VIAUD FLEURISCA was a semi-trailer and therefore a motor vehicle as defined by the Motor Carrier Safety Regulations.

29. On or about January 15, 2022, and at all times relevant, and at all times relevant herein, Defendant JOE VIAUD FLEURISCA was a driver of said motor vehicle and therefore an employee as defined by the Motor Carrier Safety Regulations.

5

30. On or about January 15, 2022, and at all times relevant, and at all times relevant herein, Defendant GEANTOS TRUCKING COMPANY owned a commercial motor vehicle involved in this occurrence, namely the tractor as defined by the Motor Carrier Safety Regulations.

31. That as a motor carrier, Defendant GEANTOS TRUCKING COMPANY had a duty to require observance by its drivers, including Defendant JOE VIAUD FLEURISCA, of all duties or prohibitions set forth in the Motor Carrier Safety Regulations. 49 C.F.R. §390.11.

32. On or about January 15, 2022, and at all times relevant, Defendant JOE VIAUD FLEURISCA, as a motor carrier, had a duty to exercise ordinary care to avoid colliding with Plaintiff's Decedent UMEDJON AKRAMOV.

33. On or about January 15, 2022, and at all times relevant, Defendant, JOE VIAUD FLEURISCA, had a duty to see and observe individuals which he should have seen or which were visible in the roadway.

34. On or about January 15, 2022, and at all times relevant, Defendant JOE VIAUD FLEURISCA, had a duty to operate his vehicle at a speed that was safe for traffic.

35. On or about January 15, 2022, and at all times relevant, Defendant, JOE VIAUD FLEURISCA, had a duty to obey the statutes and laws of the State of Illinois.

36. That notwithstanding said duties, Defendant, JOE VIAUD FLEURISCA individually and as an agent and/or employee of GEANTOS TRUCKING COMPANY, and each of them, was guilty of one or more of the following acts and/or omissions:

   a. Failed to keep a safe and proper lookout; or
   b. Failed to look around his vehicle for persons and/or vehicles in close proximity to his vehicle before moving his vehicle; or
   c. Failed to ensure that the person he heard and/or saw before moving his vehicle was in a safe location before moving his vehicle; or
   d. Moved and/or operated his vehicle in an unsafe direction; or
   e. Failed to give audible warning of the approach of said motor vehicle, contrary to and in violation of 625 ILCS 5/12-601; or

6

FILED DATE: 5/19/2022 12:58 PM 2022L004507

    f. Operated said motor vehicle at a speed greater than was reasonable and proper with regard to traffic conditions, contrary to and in violation of 625 ILCS 5/11-601(a); or

    g. Failed to decrease speed so as to avoid colliding with Plaintiff Decedent's motor vehicle, despite the fact that pedestrian was clearly visible, contrary to and in violation of 625 ILCS 5/11-601; or

    h. Carelessly and negligently operated the truck at an excessive rate of speed for the circumstances then existing, contrary to and in violation of 625 ILCS 5/11-601,

    i. Failed to apply brakes in a timely manner so as to bring his vehicle to a safe stop, contrary to and in violation of 625 ILCS 5/12-301; or

    j. Failed to use due care when operating said truck and trailer so as to avoid colliding with a pedestrian; or

    k. Failed to see and observe Plaintiff's decedent when he could and should have been seen and observed; or

    l. Failed to take proper evasive action in order to avoid collision with Plaintiff's decedent; or

    m. Failed to avoid colliding with a pedestrian in violation of 625 ILCS 5/11-1003.1; or

    n. Was otherwise negligent

37. As a direct and proximate result of one or more of the foregoing negligent acts and/or omissions of the defendant, UMEDJON AKRAMOV sustained injuries resulting in disability, conscious pain and suffering, disability, disfigurement, and ultimately, his death/demise.

38. As a direct and proximate result of one or more of the foregoing negligent acts and/or omissions of the defendant, the wife, Mehrangiz Tursunzoda, and minor children, Safira Sharofitdinova, a minor, and Ulugbke Sharofitdinov, a minor, of UMEDJON AKRAMOV suffered a loss of love, companionship, guidance, counsel, instruction, and society, and have and will continue to experience grief and sorrow and a loss of financial support and services.

39. SHABOZ AKRAMOV is the Special Administrator of the Estate of UMEDJON AKRAMOV, and brings this action pursuant to 740 Illinois Compiled Statutes 180/2.1 *et seq.*, commonly known as the Wrongful Death Act.

FILED DATE: 5/19/2022 12:58 PM   2022L004507

WHEREFORE, Plaintiff SHABOZ AKRAMOV, as Special Administrator of the Estate of UMEDJON AKRAMOV, deceased, prays for judgment against the Defendant, JOE VIAUD FLEURISCA individually and as an agent and/or employee of GEANTOS TRUCKING COMPANY, and each of them, for an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00).

### (Respondents-in-Discovery)

That, pursuant to § 5/2-402 of the Illinois Code of Civil Procedure, SHABOZ AKRAMOV, as Special Administrator of the Estate of UMEDJON AKRAMOV, deceased, by and through his attorneys, POWER ROGERS, LLP, hereby designates following individuals as Respondents-in-Discovery: M&K TRUCKING, and AERO CHICAGO, LLC.

In support thereof, Plaintiff states that said Respondents are not defendants but may have information Plaintiff believes to be essential to the determination of which parties should properly be named as additional defendants in this cause of action.

POWER ROGERS, LLP


By: __/s/ Larry R. Rogers, Jr._____
               Attorney for Plaintiff

Larry R. Rogers, Jr.
Jonathan M. Thomas
POWER ROGERS, LLP
70 West Madison Street, 55th FL
Chicago, IL 60602-4212
Tel No.: 312/236-9381
Atty. No. 65400

8

FILED DATE: 5/19/2022 12:58 PM    2022L004507

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| SHABOZ AKRAMOV, as Special Administrator of the Estate of UMEDJON AKRAMOV, deceased,<br><br>                                              Plaintiff,<br><br>v.<br><br>GEANTOS TRUCKING COMPANY,<br>JOE VIAUD FLEURISCA,<br><br>                                              Defendants,<br><br>M&K TRUCKING, and<br>AERO CHICAGO, LLC<br><br>                                              Respondents-in-Discovery. | No. |

## **AFFIDAVIT**

NOW comes Affiant, Larry R. Rogers, Jr., and being first duly sworn on oath, deposes and states:
1. That he is one of the attorneys representing the Plaintiff in the above cause.
2. That he is familiar with the facts in the above cause.
3. That he has reviewed the available information relating to the money damages in the above matter.
4. That based upon information and belief, the total money damages sought in the above cause are worth in excess of Fifty Thousand Dollars ($50,000.00).

                                                                /s/ Larry R. Rogers, Jr.
                                                                Larry R. Rogers, Jr.

*CP004* *X002506274*

# ILLINOIS TRAFFIC CRASH REPORT

Sheet **1** of ____ Sheets

| DRAC | TRFD | TRFC | WEAT | DRVA | VIS | VEHD | LGHT | COLL | MANV |
|---|---|---|---|---|---|---|---|---|---|
| U1 1 U2 | 1 | 1 | 1 | 99 U1 01 U2 | 1 U1 U2 | 1 U1 U2 | 1 | 9 | 7 U1 U2 |

**INVESTIGATING AGENCY:** CHICAGO PD
**DAMAGE TO ANY ONE PERSON'S VEHICLE / PROPERTY:** ☐ $500 OR LESS ☐ $501 - $1,500 ☒ OVER $1,500
**TYPE OF REPORT:** ☒ ON SCENE ☐ NOT ON SCENE (DESK REPORT) ☐ AMENDED
☐ A No Injury / Drive Away
☒ B Injury and /or Tow Due To Crash
**R.D. Number:** 2022 JF113836
**BEAT OF OCCURRENCE:** 1651
**TRFW:** 1
**VEHT:** 7

**ADDRESS NO.:** 10000
**HIGHWAY or STREET NAME:** W OHARE ST
**CITY:** ☒ CHICAGO **TOWNSHIP** ☐
**COUNTY:** COOK
**INTERSECTION RELATED:** ☐ Y ☒ N
**PRIVATE PROPERTY:** ☐ Y ☒ N
**HIT & RUN:** ☐ Y ☒ N
**DATE OF CRASH:** 01 / 15 / 2022
**TIME:** 02 40 ☐ AM ☒ PM
**DOORING WITH PEDALCYCLIST:** ☐ Y ☒ N
**# OF MOTOR VEHICLES INVLD:** 2
**SECONDARY CRASH:** ☐ YES ☒ NO
**FLOW CONDITION:** ☐ SLOW ☒ STOPPED ☐ FREE FLOW

☐ ......FT/MI  N  E  S  W  ☐ AT INTERSECTION WITH _____ (NAME OF INTERSECTION OR ROAD FEATURE)

**U1:** # LNS 2

## UNIT 1

☒ DRIVER ☐ PARKED ☐ DRIVERLESS ☐ PED ☐ PEDAL ☐ EQUES ☐ NMV ☐ NCV ☐ DV

**NAME (LAST, FIRST, M):** FLEURISCA, JOE, VIAUD
**DATE OF BIRTH:** 11 / 30 / 1961
**MAKE:** MACK TRUCKS, INC. **MODEL:** MACK TRUCKS, INC. **YEAR:** 2018
**CIRCLE NUMBER(S) FOR DAMAGED AREA(S):**
00 - NONE
13 - UNDER CARRIAGE
14 - TOTAL (ALL)
15 - OTHER
99 - UNKNOWN
**POINT OF FIRST CONTACT:** 3
(Front: 11 12 1, Top: 16-③, circled; 9 8 7 6 5 Rear)
**TOWED DUE TO CRASH:** ☐ Y ☒ N
**FIRE:** ☐ Y ☒ N
**DISTRACTED:** ☐ Y ☒ N
*Distraction Value*
**COMVEH:** ☐ Y ☒ N
*If Yes, See Sidebar*

**STREET ADDRESS:** 527 W GREGORY AVE APT 1A
**SEX:** M **SAFT:** 2 **AIR:** 4
**AUTOMATION SYSTEM:** ☐ Y ☒ N ☐ UNK **LEVEL IN VEH.:** 0 **LEVEL ENGAGED AT CRASH:** 0

**CITY:** GLENDALE HEIGHTS **STATE:** IL **ZIP:** 60139
**INJ:** 0 **EJCT:** 1 **EPTH:** 0
**PLATE NO.:** P947097 **STATE:** IL **YEAR:** 2022

**TELEPHONE:** 630-639-9951
**DRIVER'S LICENSE NO.:** F462-4386-1340
**STATE:** IL **CLASS:** A **CDLID:** 7
**VIN:** 1M1AW09Y0JM086013
**INSURANCE CO.:** KING FORMAN INS CO
**EXPIRED:** ☐ Y ☒ N

**EMS AGENCY:**
**PEDV** **PPA** **PPL**
**VEHICLE OWNER (LAST, FIRST, M):** M&K TRUCK LEASING OF ILL, TRUCK LEASE CHICAGO
**POLICY NUMBER:** 8404843A051TCT21

**HOSPITAL (TAKEN TO):**
**INCIDENT RESPONDER:** ☐ Y ☒ N **IF 'Y'**
**OWNER STREET, CITY, STATE, ZIP:** 7900 BULLDOG RD APT STE1, SUMMIT, IL, 60501
**PHONE NUMBER:** 773-717-5424

## UNIT 2

☐ DRIVER ☐ PARKED ☐ DRIVERLESS ☒ PED ☐ PEDAL ☐ EQUES ☐ NMV ☐ NCV ☐ DV

**NAME (LAST, FIRST, M):** AKRAMOV, UMEDJON, S
**DATE OF BIRTH:** 09 / 08 / 1994
**MAKE:** **MODEL:** **YEAR:**
**CIRCLE NUMBER(S) FOR DAMAGED AREA(S):**
00 - NONE
⑬ - UNDER CARRIAGE
⑭ - TOTAL (ALL)
⑮ - OTHER
99 - UNKNOWN
**POINT OF FIRST CONTACT:**
(Front 11 12 1, ⑯-TOP 3, 9 8 7 6 5 Rear)
**TOWED DUE TO CRASH:** ☐ Y ☐ N
**FIRE:** ☐ Y ☐ N
**DISTRACTED:** ☒ Y ☐ N
*Distraction Value:* 9
**COM VEH:** ☐ Y ☐ N

**STREET ADDRESS:** 420 AVENUE F APT 3J
**SEX:** M **SAFT:** 1 **AIR:**
**AUTOMATION SYSTEM:** ☐ Y ☐ N ☐ UNK **LEVEL IN VEH.:** **LEVEL ENGAGED AT CRASH:**

**CITY:** BROOKLYN **STATE:** NY **ZIP:** 11218
**INJ:** K **EJCT:** 0 **EPTH:**
**PLATE NO.:** **STATE:** **YEAR:**

**TELEPHONE:** 917-200-8103
**DRIVER'S LICENSE NO.:** N/A
**STATE:** **CLASS:** **CDL ID:** 7
**VIN:**
**INSURANCE CO.:**
**EXPIRED:** ☐ Y ☐ N

**EMS AGENCY:** CFD
**PEDV:** 1 **PPA:** 50 **PPL:** 1
**VEHICLE OWNER (LAST, FIRST, M):**
**POLICY NUMBER:**

**HOSPITAL (TAKEN TO):** LUTHERAN GENERAL
**INCIDENT RESPONDER:** ☐ Y ☒ N **IF 'Y'**
**OWNER STREET, CITY, STATE, ZIP:**
**PHONE NUMBER:**

| (UNIT) | (SEAT) | (DOB) | (SEX) | (SAFT) | (AIR) | (INJ) | (EJCT) | (EPTH) | PASSENGERS & WITNESS ONLY (NAME / ADDRESS / TELEPHONE) | (EMS) | (HOSPITAL) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | / / | | | | | | | | | |
| | | / / | | | | | | | | | |
| | | / / | | | | | | | | | |

| | EV | MOST | EVNT | LOC | DAMAGED PROPERTY OWNER NAME | DAMAGED PROPERTY | POLICE NOTIFIED | TIME | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| UNIT 1 | 1 | ☐ | 18 | 1 | | | 01 / 15 / 2022 | 02 : 45 ☐AM ☒PM | Did crash occur in a Work Zone? ☐Y ☒N | | |
| | 2 | ☒ | 12 | 1 | PROPERTY OWNERS ADDRESS: STREET, CITY, STATE, ZIP | | PRIMARY CAUSE 18  SECONDARY CAUSE 99 | EMS NOTIFIED 01 / 15 / 2022  TIME 02 : 45 | If YES check one below: ☐ Construction | | |
| | 3 | ☐ | | | ☐ CITATIONS ISSUED  ☐ PENDING  SECTION  CITATION NO. | | EMS ARRIVED 01 / 15 / 2050  TIME 02 : 50 | ☐ Maintenance | | | |
| UNIT 2 | 1 | ☐ | | | ARREST NAME  ☐ CITATIONS ISSUED  ☐ PENDING  SECTION  CITATION NO. | | ROAD CLEARANCE 01 / 15 / 2022  TIME 06 : 40 | ☐ Utility  ☐ Unknown work zone type | | | |
| | 2 | ☐ | | | ARREST NAME | | | | | | |
| | 3 | ☐ | | OFFICER ID 2802  SIGNATURE O CONNOR, THOMAS | BEAT / DIST. 7245 | SUPERVISOR ID R. PUCILLO / 1009 | COURT DATE / / | TIME : | Workers present? ☐Y ☒N | | |

**REMEMBER TO USE BLACK INK, PRESS HARD, PRINT LEGIBLY AND COMPLETE ALL REQUIRED FIELDS!**

EX. A

SR 1050C (JAN. 2019)

FILED DATE: 5/19/2022 12:58 PM  2022L004507
Printed by the authority of the State of Illinois

*IF YES TO COM VEH, COMPLETE LARGE TRUCK, BUS, OR HM VEHICLE AREA ON BACK*

| | U1 | U2 |
|---|---|---|
| VEHT | 7 | |
| # LNS | 2 | 2 |
| ALGN | 1 | |
| RSUR | 1 | |
| VEHU | 20 | |
| SPDR | 0 | |
| | 0 | |
| RDEF | 1 | |
| BAC | 97 | 96 |
| # OCCS | 1 | |
| DIRP | 7 | |
| SLMT | | |

| X002506274 | RD NUMBER JF113836 | U1 Drug 1 | U1 Drug 2 | U2 Drug 1 | U2 Drug 2 |
|---|---|---|---|---|---|

INDICATE NORTH BY ARROW

FILED DATE: 5/19/2022 12:58 PM   2022L004507

**LARGE TRUCK, BUS, OR HM VEHICLE**

IF MORE THAN ONE CMV IS INVOLVED, USE SR 1050A ADDITIONAL UNITS FORMS.

A CMV is defined as any motor vehicle used to transport passengers or property and:

1. Has a weight rating more than 10,000 pounds (example: truck or truck/trailer combination); or
2. Is used or designed to transport more than 15 passengers including the driver (example: shuttle or charter bus); or
3. Is designed to carry 15 or fewer passengers and operated by a contract carrier transporting employees in the course of their employment (example: employee transporter - usually a van type vehicle or passenger car); or
4. Is used or designated to transport between 9 and 15 passengers, including the driver, for direct compensation (example: large van used for specific purpose); or
5. Is any vehicle used to transport any hazardous material (HAZMAT) that requires placarding (example: placards will be displayed on the vehicle).

CARRIER NAME _____
ADDRESS _____
CITY/STATE/ZIP _____
MOTOR CARR. ID ☐ Interstate  ☐ Intrastate
☐ Not in Comm./Govt. ☐ Not in Comm./Other
USDOT NO. _____ ILCC NO. _____
Source of above ☐ Side of Truck ☐ Papers ☐ Driver ☐ Log Book
GVWR/GCWR ☐ <10,000 ☐ 10,000 - 26,000 ☐ >26,000

Were HAZMAT placards on vehicle? ☐ Yes ☐ No
If Yes, Name on placard _____
4 digit UN NO. _____ 1 digit Hazard class No. _____

Did HAZMAT spill from vehicle (do NOT consider FUEL from vehicle's own tank)? ☐ Yes ☐ No ☐ Unknown
Did HAZMAT Regulations violation contribute to the crash? ☐ Yes ☐ No ☐ Unknown
Did Carrier Safety Regulations (MCS) violation contribute to the crash? ☐ Yes ☐ No ☐ Unknown
Was a driver/vehicle Examination Report Form completed?
HAZMAT ☐ Yes ☐ No ☐ Unknown  Out of Service ☐ Yes ☐ No
MCS ☐ Yes ☐ No ☐ Unknown  Out of Service ☐ Yes ☐ No
Form Number _____

NARRATIVE (refer to vehicle by unit #)
EV# 09625 P# 220102635. IN SUMMARY, UNIT#1 WAS PARKED, WAITING TO PULL INTO THE PARKING LOT AT THE 836 BUILDING WAREHOUSE DOCKS. PEDESTRIAN UNIT #2 WAS STANDING ON THE RIGHT SIDE OF UNIT #1'S TRAILER, BETWEEN UNIT #1 AND UNIT #3, WHICH WAS PARKED AND UNOCCUPIED. UNIT #1 THEN BEGAN TO PULL FORWARD AND HEAD TOWARDS THE DRIVEWAY ENTRANCE, AT WHICH TIME THE TRAILER OF UNIT #1 PINNED UNIT #2 BETWEEN UNIT #1 AND UNIT #3, CAUSING MASSIVE INTERNAL INJURIES AND BLUNT TRAUMA. . UNIT #2 TRANSPORTED TO LUTHERAN GENERAL HOSPITAL BY CFD AMB 16. UNIT #2 PRONOUNCED AT 1622 HRS BY DR. TROY FOSTER. DAMAGE TO UNIT #1 WAS ON THE RIGHT SIDE OF THE TRAILER. DAMAGE TO UNIT #3 WAS TO THE LEFT SIDE OF THE TRACTOR, INCLUDING DAMAGE TO THE DRIVER'S SIDE MIRROR, LEFT FENDER AND FRONT BUMPER. MAIU DET QUINN # 4233 NOTIFIED AT 1606 HRS, AND ARRIVED ON SCENE WITH DET SILVA #11935 AT APPROX 1655HRS. BT 7210 NOTIFIED AT 1450 HRS AND ARRIVED ON SCENE AT 1500 HRS. BTS 7241 AND 7241A GUARDED THE SCENE AT 1542 HRS. BT 7241 INQUIRED ABOUT CAMERA FOOTAGE FROM NEARBY CAMERAS, WITH NEGATIVE RESULTS.  M.E.'S OFFICE BRYANT NOTIFIED AT 1736 HRS, CASE NUMBER ME2022-01280. BODY REMOVAL SERVICE NOTIFIED VI CITYWIDE #2 AT 2041 HRS. ACTUAL ADDRESS OF OCCURRENCE IS 836 W OHARE ST, AND THAT ADDRESS IS NOT COME UP ON THIS CASE REPORTING SYSTEM .

| U_1 COLOR WHITE | U_2 COLOR | STATEMENTS TAKEN ☒ Yes ☐ No | PHOTOS TAKEN ☒ Yes ☐ No |
|---|---|---|---|
| U_1 TOWED DUE TO | ☐ DISABLING DAMAGE ☒ NOT DISABLING DAMAGE | DAMAGE EXTENT: | TOWED BY/TO: |
| U_2 TOWED DUE TO | ☐ DISABLING DAMAGE ☐ NOT DISABLING DAMAGE | DAMAGE EXTENT: | TOWED BY/TO: |

| HIT AND RUN WANTED DRIVER | SEX | RACE | AGE | HAIR COLOR | DISTINGUISHING MARKS / CLOTHING | UNIT | VEHICLE COLOR |
|---|---|---|---|---|---|---|---|

| MAIU ONLY | OFFICER ASSIGNED STAR # | DATE ASSIGNED | SUPERVISOR STAR # | IF CASE CLEARED, HOW ☐ Arrest Prosecution | CITATION # |
|---|---|---|---|---|---|

| COURT RM. | TIME : ☐ AM ☐ PM | CHARGES | ☐ EXC. CLEARED | | |
|---|---|---|---|---|---|

SUSPENDED
☐ TIM CANNOT ID OFFENDER
☐ LETTER TO CONTACT RETURNED BY USPS
☐ VEHICLE REGISTRATION UNAVAILABLE
☐ NO INVESTIGATIVE LEADS
☐ WARRANT OBTAINED
☐ INSUFFICIENT EVIDENCE FOR ARREST
☐ VEHICLE STOLEN - RD #
☐ OTHER (SPECIFY)

| PREPARED BY: | STAR # | DD/MM/YR | APPROVED BY: | STAR # |
|---|---|---|---|---|

IDOT PERMIT NO. _____ WIDELOAD? ☐ Yes ☐ No
TRAILER VIN 1 _____
TRAILER VIN 2 _____

| TRAILER WIDTH(S) | 0 - 96" | 97 - 102" | > 102" |
|---|---|---|---|
| TRAILER 1 | ☐ | ☐ | ☐ |
| TRAILER 2 | ☐ | ☐ | ☐ |

TRAILER LENGTH(S) 1 _____ ft.  2 _____ ft.
TOTAL VEHICLE LENGTH _____ ft.  NO. OF AXLES _____

CRASH LOCATION ☐ City of  OR  ☐ Nearest City
_____ MILES  N E S W  OR _____
(CIRCLE ONE)    City Name

SELECT CODES FROM THE BACK OF CRASH BOOKLET
VEHICLE CONFIG. ___  CARGO BODY TYPE ___  LOAD TYPE ___

ANY TRUCK OR BUS OPERATING AS CMV, GOVERNMENT ENTITY, OR RENTAL MAY QUALIFY UNDER THESE DEFINITIONS

*CP004*  *X002506274*

# ILLINOIS TRAFFIC CRASH REPORT

Sheet **2** of _____ Sheets

| DRAC | TRFD | TRFC | WEAT | DRVA | VIS | VEHD | LGHT | COLL | MANV |
|---|---|---|---|---|---|---|---|---|---|
| U1 U2 | 1 | 1 | 1 | U1 U2 | U1 U2 | U1 1 U2 | 1 | 9 | 21 U2 |

**INVESTIGATING AGENCY:** CHICAGO PD
**DAMAGE TO ANY ONE PERSON'S VEHICLE / PROPERTY:** ☐ $500 OR LESS  ☐ $501 - $1,500  ☒ OVER $1,500
**TYPE OF REPORT:** ☒ ON SCENE  ☐ NOT ON SCENE (DESK REPORT)  ☐ AMENDED
☐ A No Injury / Drive Away
☒ B Injury and /or Tow Due To Crash
**R.D. Number:** 2022 JF113836
**BEAT OF OCCURRENCE:** 1651
**TRFW** U1: 1
**VEHT** U1: 7

**ADDRESS NO.** 10000  **HIGHWAY or STREET NAME:** W OHARE ST
☒ CITY CHICAGO  ☐ TOWNSHIP
**INTERSECTION RELATED:** ☐ Y  ☒ N
**DATE OF CRASH:** 01 / 15 / 2022
**TIME:** 02 40  ☐ AM  ☒ PM
**SECONDARY CRASH:** ☐ YES  ☒ NO
**FLOW CONDITION:** ☐ SLOW  ☒ STOPPED  ☐ FREE FLOW

☐ ....FT / MI   N  E  S  W  ☐ AT INTERSECTION WITH _____
**COUNTY:** COOK
**PRIVATE PROPERTY:** ☐ Y  ☒ N
**HIT & RUN:** ☐ Y  ☒ N
**DOORING WITH PEDALCYCLIST:** ☐ Y  ☒ N
**# OF MOTOR VEHICLES INVLD:** 2
**# LNS** U1: 2  U2: 2

## UNIT 1
☐ DRIVER  ☒ PARKED  ☐ DRIVERLESS  ☐ PED  ☐ PEDAL  ☐ EQUES  ☐ NMV  ☐ NCV  ☐ DV
**DATE OF BIRTH:** __/__/__
**MAKE:** VOLVO  **MODEL:** TRUCK  **YEAR:** 2021
**CIRCLE NUMBER(S) FOR DAMAGED AREA(S):**
00 - NONE
13 - UNDER CARRIAGE
14 - TOTAL (ALL)
15 - OTHER
99 - UNKNOWN
**POINT OF FIRST CONTACT:** 10
(Circled: 11, 10)
**TOWED DUE TO CRASH:** ☐ Y  ☒ N
**FIRE:** ☐ Y  ☒ N
**DISTRACTED:** ☐ Y  ☒ N
*Distraction Value:
**COM VEH:** ☐ Y  ☐ N  * If Yes, See Sidebar
**ALGN** U1: 1

**NAME (LAST, FIRST, M):**
**STREET ADDRESS:**
**SEX:**  **SAFT:**  **AIR:**
**AUTOMATION SYSTEM:** ☐ Y  ☒ N  ☐ UNK
**LEVEL IN VEH.:** 0
**LEVEL ENGAGED AT CRASH:** 0

**CITY:**  **STATE:**  **ZIP:**
**INJ:**  **EJCT:**  **EPTH:**
**PLATE NO.:** P1093273  **STATE:** IL  **YEAR:** 2022

**TELEPHONE:** NONE  **DRIVER'S LICENSE NO.:** N/A  **STATE:**  **CLASS:**  **CDL ID:**
**VIN:** 4V4NC9EH4MN286464
**INSURANCE CO.:** COLONIAL INSURANCE
**EXPIRED:** ☐ Y  ☒ N
**RSUR** U1: 1

**EMS AGENCY:**
**PEDV:**  **PPA:**  **PPL:**
**VEHICLE OWNER (LAST, FIRST, M):** LISLE TRUCK LEASING, HTS LOGISTICS
**POLICY NUMBER:** H08476536

**HOSPITAL (TAKEN TO):**
**INCIDENT RESPONDER:** ☐ Y  ☐ N  **IF 'Y':**
**OWNER STREET, CITY, STATE, ZIP:** 4685 OLD OAKS DR, LISLE, IL, 60532
**PHONE NUMBER:** 773-717-5424
**VEHU** U1: 1

## UNIT 2
☐ DRIVER  ☐ PARKED  ☐ DRIVERLESS  ☐ PED  ☐ PEDAL  ☐ EQUES  ☐ NMV  ☐ NCV  ☐ DV
**DATE OF BIRTH:** __/__/__
**MAKE:**  **MODEL:**  **YEAR:**
**CIRCLE NUMBER(S) FOR DAMAGED AREA(S):**
00 - NONE
13 - UNDER CARRIAGE (circled)
14 - TOTAL (ALL) (circled)
15 - OTHER (circled)
99 - UNKNOWN
**POINT OF FIRST CONTACT:**
(Circled: 10)
**TOWED DUE TO CRASH:** ☐ Y  ☐ N
**FIRE:** ☐ Y  ☐ N
**DISTRACTED:** ☒ Y  ☐ N
*Distraction Value: 9
**COM VEH:** ☐ Y  ☐ N
**SPDR** U2: 0

**NAME (LAST, FIRST, M):**
**STREET ADDRESS:**
**SEX:**  **SAFT:**  **AIR:**
**AUTOMATION SYSTEM:** ☐ Y  ☐ N  ☐ UNK
**LEVEL IN VEH.:**
**LEVEL ENGAGED AT CRASH:**

**CITY:**  **STATE:**  **ZIP:**
**INJ:**  **EJCT:**  **EPTH:**
**PLATE NO.:**  **STATE:**  **YEAR:**
U1: 0

**TELEPHONE:**  **DRIVER'S LICENSE NO.:**  **STATE:**  **CLASS:**  **CDL ID:** 7
**VIN:**
**INSURANCE CO.:**
**EXPIRED:** ☐ Y  ☐ N
**RDEF** U1: 1

**EMS AGENCY:**
**PEDV:**  **PPA:**  **PPL:**
**VEHICLE OWNER (LAST, FIRST, M):**
**POLICY NUMBER:**
**BAC** U1: 96

**HOSPITAL (TAKEN TO):**
**INCIDENT RESPONDER:** ☐ Y  ☐ N  **IF 'Y':**
**OWNER STREET, CITY, STATE, ZIP:**
**PHONE NUMBER:**

**(UNIT) (SEAT) (DOB) (SEX) (SAFT) (AIR) (INJ) (EJCT) (EPTH)  PASSENGERS & WITNESS ONLY  (NAME) / (ADDRESS) / (TELEPHONE)  (EMS)  (HOSPITAL)**
U2: / /
**# OCCS** U1: 0

| EV | MOST | EVNT | LOC | DAMAGED PROPERTY OWNER NAME | DAMAGED PROPERTY | POLICE NOTIFIED | TIME | | Did crash occur in a Work Zone? ☐ Y ☒ N |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ☒ | 11 | 1 | | | 01 / 15 / 2022 | 02 : 45 ☐ AM ☒ PM | | If YES check one below: |
| 2 | ☐ | | | PROPERTY OWNERS ADDRESS: STREET, CITY, STATE, ZIP | PRIMARY CAUSE 18  SECONDARY CAUSE 99 | EMS NOTIFIED 01 / 15 / 2022 | 02 : 45 ☐ AM ☐ PM | | ☐ Construction |
| 3 | ☐ | | | ☐ CITATIONS ISSUED ☐ PENDING  ARREST NAME | SECTION  CITATION NO. | EMS ARRIVED 01 / 15 / 2050 | 02 : 50 ☐ AM ☐ PM | | ☐ Maintenance ☐ Utility |
| 1 | ☐ | | | ☐ CITATIONS ISSUED ☐ PENDING  ARREST NAME | SECTION  CITATION NO. | ROAD CLEARANCE 01 / 15 / 2022 | 06 : 40 ☐ AM ☐ PM | | ☐ Unknown work zone type |
| 2 | ☐ | | | | | | | | |
| 3 | ☐ | | OFFICER ID 2802  SIGNATURE O CONNOR, THOMAS | BEAT / DIST. 7245  SUPERVISOR ID. R. PUCILLO / 1009 | COURT DATE / / | TIME : ☐ AM ☐ PM | | Workers present? ☐ Y ☒ N |

**DIRP** U1: 7

**REMEMBER TO USE BLACK INK, PRESS HARD, PRINT LEGIBLY AND COMPLETE ALL REQUIRED FIELDS!**

SR 1050C (JAN. 2019)

*IF YES TO COM VEH, COMPLETE LARGE TRUCK, BUS, OR HM VEHICLE AREA ON BACK*

FILED DATE: 5/19/2022 12:58 PM   2022L004507

FILED DATE: 5/19/2022 12:58 PM 2022L004507

| | RD NUMBER | U1 Drug 1 | U1 Drug 2 | U2 Drug 1 | U2 Drug 2 |
|---|---|---|---|---|---|
| X002506274 | JF113836 | 095 | | | |

INDICATE NORTH BY ARROW

NARRATIVE (refer to vehicle by unit #)

| U_1_COLOR | U_2_COLOR | STATEMENTS TAKEN ☒ Yes ☐ No | PHOTOS TAKEN ☒ Yes ☐ No |
|---|---|---|---|
| BLUE | | | |

| | | |
|---|---|---|
| U_1_TOWED DUE TO ☐ DISABLING DAMAGE ☒ NOT DISABLING DAMAGE | DAMAGE EXTENT: | TOWED BY/TO: |
| U_2_TOWED DUE TO ☐ DISABLING DAMAGE ☐ NOT DISABLING DAMAGE | DAMAGE EXTENT: | TOWED BY/TO: |

| HIT AND RUN WANTED DRIVER | SEX | RACE | AGE | HAIR COLOR | DISTINGUISHING MARKS / CLOTHING | UNIT | VEHICLE COLOR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| MAIU ONLY | OFFICER ASSIGNED STAR # | DATE ASSIGNED | SUPERVISOR STAR # | IF CASE CLEARED, HOW ☐ Arrest Prosecution | CITATION # |
|---|---|---|---|---|---|
| | | | | | |

| COURT RM. | / / | TIME : ☐ AM ☐ PM | CHARGES ☐ EXC. CLEARED |
|---|---|---|---|
| | | | |

SUSPENDED
- ☐ TIM CANNOT ID OFFENDER
- ☐ LETTER TO CONTACT RETURNED BY USPS
- ☐ VEHICLE REGISTRATION UNAVAILABLE
- ☐ NO INVESTIGATIVE LEADS
- ☐ WARRANT OBTAINED
- ☐ INSUFFICIENT EVIDENCE FOR ARREST
- ☐ VEHICLE STOLEN - RD #
- ☐ OTHER (SPECIFY)

| PREPARED BY: | STAR # | DD/MM/YR | APPROVED BY: | STAR # |
|---|---|---|---|---|
| | | | | |

## LARGE TRUCK, BUS, OR HM VEHICLE

IF MORE THAN ONE CMV IS INVOLVED, USE SR 1050A ADDITIONAL UNITS FORMS.

A CMV is defined as any motor vehicle used to transport passengers or property and:

1. Has a weight rating more than 10,000 pounds (example: truck or truck/trailer combination): or
2. Is used or designed to transport more than 15 passengers including the driver (example: shuttle or charter bus): or
3. Is designed to carry 15 or fewer passengers and operated by a contract carrier transporting employees in the course of their employment (example: employee transporter - usually a van type vehicle or passenger car): or
4. Is used or designated to transport between 9 and 15 passengers, including the driver, for direct compensation (example: large van used for specific purpose): or
5. Is any vehicle used to transport any hazardous material (HAZMAT) that requires placarding (example: placards will be displayed on the vehicle).

CARRIER NAME ______
ADDRESS ______
CITY/STATE/ZIP ______
MOTOR CARR. ID ☐ Interstate ☐ Intrastate ☐ Not in Comm./Govt. ☐ Not in Comm./Other
USDOT NO. ______ ILCC NO. ______
Source of above ☐ Side of Truck ☐ Papers ☐ Driver ☐ Log Book
GVWR/GCWR ☐ <10,000 ☐ 10,000 - 26,000 ☐ >26,000

Were HAZMAT placards on vehicle? ☐ Yes ☐ No
If Yes, Name on placard ______
4 digit UN NO. ______ 1 digit Hazard class No. ______

Did HAZMAT spill from vehicle (do NOT consider FUEL from vehicle's own tank)? ☐ Yes ☐ No ☐ Unknown
Did HAZMAT Regulations violation contribute to the crash? ☐ Yes ☐ No ☐ Unknown
Did Carrier Safety Regulations (MCS) violation contribute to the crash? ☐ Yes ☐ No ☐ Unknown
Was a driver/vehicle Examination Report Form completed?
HAZMAT ☐ Yes ☐ No ☐ Unknown Out of Service ☐ Yes ☐ No
MCS ☐ Yes ☐ No ☐ Unknown Out of Service ☐ Yes ☐ No
Form Number ______

IDOT PERMIT NO. ______ WIDELOAD? ☐ Yes ☐ No
TRAILER VIN 1 ______
TRAILER VIN 2 ______

| TRAILER WIDTH(S) | 0 - 96" | 97 - 102" | > 102" |
|---|---|---|---|
| TRAILER 1 | ☐ | ☐ | ☐ |
| TRAILER 2 | ☐ | ☐ | ☐ |

TRAILER LENGTH(S) 1 ______ ft. 2 ______ ft.
TOTAL VEHICLE LENGTH ______ ft. NO. OF AXLES ______

CRASH LOCATION ☐ City of OR ☐ Nearest City
______ MILES N E S W (CIRCLE ONE) OR ______ City Name

SELECT CODES FROM THE BACK OF CRASH BOOKLET
VEHICLE CONFIG. ____ CARGO BODY TYPE ____ LOAD TYPE ____

ANY TRUCK OR BUS OPERATING AS CMV, GOVERNMENT ENTITY, OR RENTAL MAY QUALIFY UNDER THESE DEFINITIONS